IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTESY PRODUCTS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 13-2012-SLR-SRF |
| v. ) | |
| ) | |
| HAMILTON BEACH BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT CLAIM CONSTRUCTION APPENDIX

Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel:*
Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Joshua L. Goldberg
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Plaintiff
Courtesy Products, L.L.C.*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Of Counsel:*
William S. Foster, Jr.
David Schiltz
Jamie R. Lynn
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7700

*Attorneys for Defendant
Hamilton Beach Brands, Inc.*

## TABLE OF CONTENTS

| <u>Tab</u> | <u>Description</u> | <u>Page(s)</u> |
|---|---|---|
| 1 | United States Patent No. 7,311,037 | A-1–A-13 |
| 2 | United States Patent No. 7,258,884 | A-14–A-23 |
| 3 | United States Patent No. 7,770,512 | A-24–A-47 |
| 4 | '037 Patent File History | A-48–A-1138 |
| 5 | '884 Patent File History | A-1139–A-2195 |
| 6 | '512 Patent File History | A-2196–A-2647 |